**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 864 MAL 2016

                Respondent   :

                            :   Petition for Allowance of Appeal from
                            :   the Order of the Superior Court

         v.   :

CHERYL ANN KUNKLE,   :

                Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.